UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

___

| | |
|---|---|
| RSUI GROUP, INC., RSUI INDEMNITY COMPANY, and LANDMARK AMERICAN INSURANCE COMPANY | )<br>)<br>)<br>) |
| | ) Case No. 1:10-cv-01718 |
| Plaintiffs, | )<br>) |
| vs. | ) Hon. John F. Grady<br>) |
| GEO. F. BROWN & SONS, INC. and MARK J. STRONG | ) Mag. Judge Maria Valdez<br>)<br>) |
| Defendants. | ) |

___

### PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiffs RSUI Group, Inc., RSUI Indemnity Company, and Landmark American Insurance Company (hereinafter referred to collectively as "RSUI" or "Plaintiffs"), by and through their attorneys, Nixon Peabody LLP, hereby respectfully move this Court to enter final judgment against the Defendants Geo. F. Brown & Sons, Inc. ("Brown") and Mark J. Strong (together, the "Defendants"), in accord with the Confession of Judgment executed by the Defendants on October 15, 2010. In support of this Motion, Plaintiffs offer the following:

1. On August 30, 2010, the parties entered into a Settlement Agreement and Release (the "Agreement") resolving all claims at issue in the above-captioned matter. Exhibit A, Settlement Agreement and Release.

2. On October 18, 2010, the parties entered into a Modification to Settlement Agreement and Release (the "Modified Agreement"), which document sets forth the final

agreement of the parties regarding the resolution of all claims at issue in the above-captioned matter.  <u>Exhibit B</u>, Modification to Settlement Agreement and Release.

3. Pursuant to the Modified Agreement, on or before 4:00 p.m. CST on January 13, 2011, the Defendants were obligated to pay the Plaintiffs the sum of $75,000.00, which amount represented the remainder of the Settlement Payment, as that term is defined in the Agreement.

4. The Defendants did not make the payment referenced in the preceding paragraph, and their legal counsel has informed the undersigned that the payment will not be forthcoming. The Defendants are in default of the Modified Agreement.

5. Pursuant to paragraph 4 of the Modified Agreement, in the event of the Defendants' default of their obligations, execution may immediately issue on the Confession of Judgment executed by the Defendants on October 15, 2010 and attached herewith as <u>Exhibit C</u>.

6. Plaintiffs recognize that pursuant to the Modified Agreement, they received $25,000.00 from the Defendants on October 19, 2010 and this amount should be credited against the amount owing, as set forth in the Confession of Judgment.  Therefore, judgment should enter against the Defendants in the amount of $225,000.00.

WHEREFORE, Plaintiffs RSUI Group, Inc., RSUI Indemnity Company, and Landmark American Insurance Company, respectfully request that the Court enter final judgment against the Defendants Geo. F. Brown & Sons, Inc. and Mark J. Strong, in the amount of $225,000.00, in accord with the Confession of Judgment executed by the Defendants on October 15, 2010.

Dated: January 21, 2011                    Respectfully submitted,

**RSUI GROUP, INC., RSUI INDEMNITY COMPANY, and LANDMARK AMERICAN INSURANCE COMPANY**

By:   /s/Jodi Rosen Wine
Jodi Rosen Wine (IL 6209883)
Holly J. Kilibarda, Esq. (Admitted *Pro Hac Vice*)
NIXON PEABODY LLP
300 S. Riverside Plaza
16th Floor
Chicago, IL 60606-6613
Telephone: (312) 425-3900
Attorneys for Plaintiffs